**FILED**

10/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0118

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| IN RE THE MATTER OF THE MARRIAGE OF:<br><br>NANCY M. STEWARD<br><br>Petitioner/Appellant,<br><br>vs.<br><br>JOSEPH H. STEWARD,<br><br>Respondent/Appellee. | Appellant Cause No. DA 23-0118 |

## ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE BRIEF

On Appeal from the Montana First Judicial District Court, Lewis and Clark County, the Honorable Mike Menahan, Presiding
District Court Cause No. ADR 2019-545

**APPEARANCES:**

Michelle H. Vanisko
HINSHAW & VANISKO, PLLC
1 N. Last Chance Gulch, Ste. 1
Helena, Montana 59601

David B. Gallik
Gallik Law Office, PLLC
1124 Billings Avenue
Helena, MT 59601

Upon consideration of Appellee's request for additional time to file their Response Brief with no objection from Appellant's Counsel and good cause appearing,

IT IS HEREBY ORDERED that the Appellee is granted additional time up to and including Friday November 17, 2023, within which to submit and/or file the Appellee's Response Brief.

DATED this _____ day of October, 2023.

_____
Supreme Court Justice

<u>CERTIFICATE OF SERVICE</u>

I certify that on the date set forth below I served ***Request for Extension of Time to File Response Brief*** by e-filing and email to the following address:

Michelle H. Vanisko
HINSHAW & VANISKO, PLLC
1 N. Last Chance Gulch, Suite 3
Helena, MT 59601

michelle@hinshawlaw.net

DATED this _____ day of October, 2023.

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 17 2023